**Donald Wayne JONES, Petitioner–
Appellant,**

v.

**Tracy W. JOHNS, Warden,
Respondent–Appellee.**

No. 10–6747.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 26, 2010.

Decided: Sept. 3, 2010.

Donald Wayne Jones, Appellant Pro Se.

Before KING and DUNCAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Donald Wayne Jones, a federal prisoner,
appeals the district court's order denying
relief on his 28 U.S.C.A. § 2241 (West
2006 & Supp. 2010) petition. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *See
Jones v. Johns,* No. 5:09–hc–02168–BO
(E.D.N.C. May 5, 2010). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*